**Walter J. WRIGHT and Wanda L. Wright, Husband and Wife, Individually and as Trustees of the Wanda L. Wright Revocable Trust, Plaintiffs/Respondents,**

v.

**Kenneth M. SIDES, Deceased, Shirley Sides, Individually and as Personal Representative of the Estate of Kenneth M. Sides, Defendant/Appellant,**

and

**Patricia Lewis, Robert Sides, and Heather Dilworth,[1]
Defendants.**

No. ED 98158.

Missouri Court of Appeals,
Eastern District,
Division Two.

Feb. 13, 2013.

Shirley Sides, Desoto, Texas, pro se.

---

1. Patricia Lewis, Robert Sides, and Heather   Dilworth were not part of this appeal.

Erica Dawn Koetting, O'Loughlin, O'Loughlin & Koetting, L.C., Cape Girardeau, MO, for Respondents.

Before KATHIANNE KNAUP CRANE, P.J., MARY K. HOFF, J., and LISA VAN AMBURG, J.

### ORDER

PER CURIAM.

Shirley Sides, Individually and as Personal Representative of the Estate of Kenneth M. Sides, appeals from the judgment in favor of Walter and Wanda Wright, Individually and as Trustees of the Wanda L. Wright Revocable Trust, on their petition to quiet title. We affirm.

We have reviewed the briefs of the parties, the legal file, and the record on appeal, and find the claim of error to be without merit. No error of law appears. An extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order pursuant to Rule 84.16(b).